**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALICIA PAGE, <br><br> Plaintiff, <br><br> v. <br><br> ALLIANT CREDIT UNION, and DOES 1-100, <br><br> Defendants. | No.18-11481 (SDW)(CLW) <br><br><br> **ORDER** <br><br><br> July 15, 2019 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on June 17, 2019 by Magistrate Judge Cathy L. Waldor ("Judge Waldor"), recommending that Defendant Alliant Credit Union's ("Defendant") Motion to Dismiss be granted for lack of federal question jurisdiction, that Plaintiff be given leave to amend, and that the case be transferred to the Northern District of Illinois. (D.E. 30.) Defendants filed an objection to the R&R on July 1, 2019 (D.E. 31). This Court has reviewed the reasons set forth by Judge Waldor in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Waldor (Dkt. No. 30) is **ADOPTED in part** as the conclusions of law of this Court. Specifically, this Court adopts Judge Waldor's recommendation that this matter be dismissed for lack of subject matter jurisdiction, and declines to adopt her recommendations that Plaintiff be given leave to amend or that this matter be transferred to the Northern District of Illinois.

**SO ORDERED**.

       ___/s/ Susan D. Wigenton_____
       **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
Cathy L. Waldor, U.S.M.J.